# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeannette Ntumba Ngalula, | No. CV-24-00429-TUC-AMM |
| Plaintiff, | **ORDER** |
| v. | |
| Alejandro Mayorkas, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Jeannette Ntumba Ngalula's Notice of Voluntary Dismissal. (Doc. 6.) Having considered Plaintiff's Notice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

**IT IS ORDERED** that this matter is **DISMISSED**. The Clerk of Court shall docket accordingly and close the file in this case.

Dated this 24th day of October, 2024.

Honorable Angela M. Martinez
United States District Judge